[Nos. 10874–7–II; 11647–2–II.   Division Two.   July 12, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L.
PAULEY, *Appellant*.

Appeals from a judgment of the Superior Court for
Pierce County, No. 83–1–02105–9, William L. Brown, Jr.,
J., entered March 2, 1987. *Affirmed* by unpublished opinion

per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.